**Roland Van FOSSEN, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 00–70933.

Tax Ct. No. 11269–99L.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Roland Van Fossen appeals pro se the Tax Court's decision dismissing for failure to state a claim his Petition for Lien or Levy Action brought pursuant to 26 U.S.C. § 6330(d). We have jurisdiction pursuant to 26 U.S.C. § 7482(a), and we affirm.

The Tax Court properly concluded that Van Fossen's challenge to his underlying federal income tax liability was precluded by his failure to file a petition for redetermination with the Tax Court pursuant to 26 U.S.C. § 6213(a). Because he had received statutory notices of deficiency for the tax liability, Van Fossen could not subsequently raise a challenge to the underlying liability. See 26 U.S.C. § 6330(c)(2)(B).

Van Fossen's request to file his reply brief is GRANTED.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.